**Opinion issued April 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00236-CV

————————————

## SILVIA G. SANCHEZ AND ISAIAS SANCHEZ, Appellants

## V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1056888**

---

## MEMORANDUM OPINION

Appellants, Silvia G. Sanchez and Isaias Sanchez, have filed a voluntary, unopposed motion to dismiss their appeal. *See* TEX. R. APP. P. 10.1(a)(5), 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.